**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| CONSTANTINA LIMBERIOU, | : | Chapter 7 |
| | : | |
| Debtor | : | Bankruptcy No: 22-11038 (PMM) |

**O R D E R**

*AND NOW*, upon consideration of the Motion of the Debtor to Extend the Deadlines, it is **ORDERED** that the Motion is **GRANTED**. The Debtor must file all documents by May 31, 2022. **No further extensions will be granted**.

Dated: 5/20/22

*BY THE COURT:*

*/s/ Patricia M. Mayer*

**PATRICIA M. MAYER,**
*U.S. BANKRUPTCY JUDGE*