## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Constantina Limberiou  :  Chapter: 7
:
Debtor(s)  :  Bankruptcy No.: 22-11038-PMM
:
:

### NOTICE OF DEFICIENCY

PLEASE TAKE NOTE:

The above referenced Debtor(s) have failed to appear at two (2) scheduled §341 Meetings of Creditors on 6/15/22 and 7/11/22.

ANDREW R. VARA
United States Trustee for Regions 3 and 9

By: */s/ Maria Borgesi*
Maria Borgesi
Paralegal