## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | Chapter 7 |
|---|---|---|
| | : | |
| Constantina Limberiou | : | |
| | : | |
| Debtor | : | Bky. No. 22-11038 PMM |

## O R D E R TO SHOW CAUSE

**AND NOW,** upon consideration of the Debtor having failed to appear at two § 341 meetings of creditors scheduled on June 15, 2022, and July 11, 2022, it is hereby

**ORDERED** that a hearing is scheduled for Tuesday, August 9, 2022, at 11:00 a.m., in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading, Pennsylvania, 19601 to show cause why this case should not be dismissed.

.

Date: **July 14, 2022**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE