United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                        Case No. 22-11038-pmm
Constantina Limberiou                                                                         Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                            User: admin                                       Page 1 of 2
Date Rcvd: Jul 14, 2022                    Form ID: pdf900                                 Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Constantina Limberiou, 520 Frontier Avenue, Reading, PA 19601-1146 |
| 14690959 | + | The Bank of New York Mellon, c/o Rebecca Solarz, Esq., 701 Market Street, Suite 5000, Philadelphia PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jul 14 2022 23:41:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 14 2022 23:42:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14688003 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 14 2022 23:42:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 16, 2022                          Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOSEPH T. BAMBRICK, JR. | on behalf of Debtor Constantina Limberiou NO1JTB@juno.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 14, 2022 | Form ID: pdf900 | Total Noticed: 5 |

LYNN E. FELDMAN

trustee.feldman@rcn.com lfeldman@ecf.axosfs.com

REBECCA ANN SOLARZ

on behalf of Creditor The Bank of New York Mellon as Trustee for the ABFS Mortgage Loan Trust 2003-2, Mortgage Pass-Through Certificates, Series 2003-2 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| | : | |
| **Constantina Limberiou** | : | |
| | : | |
| Debtor | : | Bky. No. 22-11038 PMM |

## O R D E R TO SHOW CAUSE

**AND NOW,** upon consideration of the Debtor having failed to appear at two § 341 meetings of creditors scheduled on June 15, 2022, and July 11, 2022, it is hereby

**ORDERED** that a hearing is scheduled for Tuesday, August 9, 2022**,** at 11:00 a.m., in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading, Pennsylvania, 19601 to show cause why this case should not be dismissed.

.

Date: **July 14, 2022**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE