**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| | : | |
| CONSTANTINA LIMBERIOU, | : | BANKR. NO. 22-11038-pmm |
| | : | |
| Debtor. | : | |

# **ORDER**

AND NOW, this 9th day of August, 2022, the Court having considered a hearing with respect to its previous Order to Show Cause Why Case Should Not Be Dismissed in the above captioned chapter 7 case, it is hereby

ORDERED that the debtor(s) is/are directed to appear and provide testimony at the rescheduled Section 341(a) Meeting of Creditors before the Chapter 7 Trustee **Lynn E. Feldman on September 9, 2022 at 11:00 a.m.** For attendance by video please use this meeting id: https://us02web.zoom.us/j/84672755858?pwd=S1ZIQ3N2aVAxSWF1N3dBcTZRZG5nUT09. For participation by telephone, please call 1 929 205 6099 and use (access code/meeting id/passcode) Meeting ID: 846 7275 5858, Passcode: 458916 to join the meeting. Counsel for the debtor(s) shall provide notice of this rescheduled Meeting of Creditors to all creditors and parties in interest. This will be the final rescheduling of the Meeting of Creditors; and it is further

ORDERED that a continued hearing on the Court's Order to Show Cause shall be held on **September 13, 2022**, at **11:00 a.m.**, for the purpose of determining whether the debtor(s) complied with the terms of this Order and whether the Court should dismiss the case.

And it is further ORDERED (*nunc pro tunc*, if applicable) that the time period under Bankruptcy Rule 4004(a) to object to discharge and the time period under Bankruptcy Rule 1017(e) to move for dismissal (or conversion) is hereby extended to 60 days after the date on which the Meeting of Creditors is actually conducted (or upon the filing and service of interrogatory responses or the conclusion of any dispute over interrogatory responses).

_____<br>
Hon. Patricia M. Mayer<br>
United States Bankruptcy Judge

Copies to;
Counsel for Debtor/Debtor/Chapter 7 trustee/U. S. trustee