United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11038-pmm |
| Constantina Limberiou | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 10, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Constantina Limberiou, 520 Frontier Avenue, Reading, PA 19601-1146 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Aug 12, 2022 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor The Bank of New York Mellon as Trustee for the ABFS Mortgage Loan Trust 2003-2, Mortgage Pass-Through Certificates, Series 2003-2 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DAVE P. ADAMS | on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov |
| JOSEPH T. BAMBRICK, JR. | on behalf of Debtor Constantina Limberiou NO1JTB@juno.com |
| LYNN E. FELDMAN | trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com |
| REBECCA ANN SOLARZ | on behalf of Creditor The Bank of New York Mellon as Trustee for the ABFS Mortgage Loan Trust 2003-2, Mortgage Pass-Through Certificates, Series 2003-2 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 10, 2022 | Form ID: pdf900 | Total Noticed: 1 |

United States Trustee
                USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| | : | |
| CONSTANTINA LIMBERIOU, | : | BANKR. NO. 22-11038-pmm |
| | : | |
| Debtor. | : | |

## ORDER

AND NOW, this *9th* day of August, 2022, the Court having considered a hearing with respect to its previous Order to Show Cause Why Case Should Not Be Dismissed in the above captioned chapter 7 case, it is hereby

ORDERED that the debtor(s) is/are directed to appear and provide testimony at the rescheduled Section 341(a) Meeting of Creditors before the Chapter 7 Trustee **Lynn E. Feldman on September 9, 2022 at 11:00 a.m.** For attendance by video please use this meeting id: https://us02web.zoom.us/j/84672755858?pwd=S1ZIQ3N2aVAxSWF1N3dBcTZRZG5nUT09. For participation by telephone, please call 1 929 205 6099 and use (access code/meeting id/passcode) Meeting ID: 846 7275 5858, Passcode: 458916 to join the meeting. Counsel for the debtor(s) shall provide notice of this rescheduled Meeting of Creditors to all creditors and parties in interest. This will be the final rescheduling of the Meeting of Creditors; and it is further

ORDERED that a continued hearing on the Court's Order to Show Cause shall be held on **September 13, 2022**, at **11:00 a.m.**, for the purpose of determining whether the debtor(s) complied with the terms of this Order and whether the Court should dismiss the case.

And it is further ORDERED (*nunc pro tunc*, if applicable) that the time period under Bankruptcy Rule 4004(a) to object to discharge and the time period under Bankruptcy Rule 1017(e) to move for dismissal (or conversion) is hereby extended to 60 days after the date on which the Meeting of Creditors is actually conducted (or upon the filing and service of interrogatory responses or the conclusion of any dispute over interrogatory responses).

*[Signature: Patricia M. Mayer]*

Hon. Patricia M. Mayer
United States Bankruptcy Judge

Copies to;
Counsel for Debtor/Debtor/Chapter 7 trustee/U. S. trustee