# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Constantina Limberiou<br><br>Debtor(s) | Case No.: 22-11038 PMM<br><br>Chapter 7 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that pursuant to Fed. R. Bankr. P. 9010(b), the undersigned enters an appearance in this case on behalf of Community Loan Servicing, LLC in relation to a claim secured by real property commonly known as 2017 Bernville Road, Reading, PA 19601 and identified by account number *******7490.

Request is made that all notices pursuant to Fed. R. Bankr. P. 2002 and all documents and pleadings of any nature be served as follows:

POWERS KIRN, LLC
Attorneys for Community Loan Servicing, LLC
8 Neshaminy Interplex, Suite 215
Trevose, PA  19053
bankruptcy@powerskirn.com


Dated:  August 15, 2022                                    POWERS KIRN, LLC

                                                           By:  /s/ Jill Manuel-Coughlin_____
                                                           Jill Manuel-Coughlin, Esq.; Atty ID #63252
                                                           Harry B. Reese, Esq.; Atty ID #310501
                                                           Daniel C. Fanaselle, Esq.; Atty ID #312292
                                                           Neshaminy Interplex, Suite 215
                                                           Trevose, PA  19053
                                                           Phone: 215-942-2090; Fax 215-942-8661
                                                           Email: bankruptcy@powerskirn.com
                                                           Attorneys for Creditor/Movant

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Constantina Limberiou<br><br>Debtor(s) | Case No.: 22-11038 PMM<br><br>Chapter 7 |

CERTIFICATION OF SERVICE
OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on August 15, 2022.

The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was service by electronic notification and first-class U.S. Mail.

Parties served via Electronic Notification:

Lynn E. Feldman
2310 Walbert Avenue
Suite 103
Allentown PA  18104

Trustee

Joseph T. Bambrick, Jr., Esquire
529 Reading Avenue
Suite K
West Reading, PA  19611
NO1JTB@juno.com
Attorney for Debtor/Debtors

Parties served via First-Class Mail:

Constantina Limberiou
520 Frontier Avenue
Reading PA  19601
Debtor

Dated:  August 15, 2022

POWERS KIRN, LLC

By:  /s/ Jill Manuel-Coughlin_____
Jill Manuel-Coughlin, Esq.; Atty ID #63252
Harry B. Reese, Esq.; Atty ID #310501
Daniel C. Fanaselle, Esq.; Atty ID #312292
Neshaminy Interplex, Suite 215
Trevose, PA  19053
Phone: 215-942-2090; Fax 215-942-8661
Email: bankruptcy@powerskirn.com
Attorneys for Creditor/Movant