Certificate Number: 12433-PAE-DE-036786547

Bankruptcy Case Number: 22-11038



12433-PAE-DE-036786547

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 25, 2022</u>, at <u>10:55</u> o'clock <u>PM EDT</u>, <u>Constantina Limberiou</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>August 26, 2022</u>          By:     <u>/s/Lisa Susoev</u>

                                        Name:   <u>Lisa Susoev</u>

                                        Title:   <u>Teacher</u>