20-0259

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Constantina Limberiou<br><br>Debtor(s)<br><br>Community Loan Servicing, LLC<br>Movant<br>v.<br>Constantina Limberiou and<br>Lynn E. Feldman, Esquire<br><br>Respondents | 22-11038 PMM<br><br>Chapter 7 Proceeding |

**CERTIFICATE OF NO RESPONSE**
**TO MOTION FOR RELIEF**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on  has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **09/26/2022**.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Respectfully submitted,
POWERS KIRN, LLC

By:    **/s/ Harry B. Reese, Esquire**
By: Harry B. Reese, Esquire
Attorney ID #    310501
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090
Facsimile: 215-942-8661
E-mail: bankruptcy@powerskirn.com
Attorney for Movant
DATED:  October 3, 2022

20-0259

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Constantina Limberiou<br><br>                                 Debtor(s)<br><br>Community Loan Servicing, LLC<br><br>                                 Movant<br>v.<br>Constantina Limberiou and<br>Lynn E. Feldman, Esquire<br><br>                                Respondents | 22-11038 PMM<br><br>Chapter 7 Proceeding |

**CERTIFICATION OF SERVICE AND NOTICE**

      Harry Reese, Esquire, counsel for Community Loan Servicing, LLC , hereby certifies that a copy of the foregoing Certificate of No Response was served upon the following persons by electronic notification or regular first-class mail, postage prepaid, on October 3, 2022:

***Served Electronically***:

Joseph T. Bambrick, Jr., Jr., Esquire
529 Reading Avenue
Suite K
West Reading, PA  19611
Attorney for Debtor(s)

Lynn E. Feldman, Esquire
2310 Walbert Avenue
Suite 103
Allentown PA  18104
Trustee

***Served Via 1st Class Mail:***

Constantina Limberiou
520 Frontier Avenue
Reading PA  19601
Debtor

                                Respectfully submitted,
                                POWERS KIRN, LLC

                                By: **/s/ Harry B. Reese, Esquire**
                                By: Harry B. Reese, Esquire
                                Attorney ID #     310501
                                Eight Neshaminy Interplex, Suite 215
                                Trevose, PA 19053
                                Telephone: 215-942-2090
                                Facsimile: 215-942-8661
                                E-mail: bankruptcy@powerskirn.com
                                Attorney for Movant
                                DATED:  October 3, 2022