# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Constantina Limberiou<br><br>Debtor<br><br>COMMUNITY LOAN SERVICING, LLC<br><br>Movant<br>v.<br>Constantina Limberiou and<br>Lynn E. Feldman, Esquire<br>Respondents | Case No. 22-11038-pmm<br><br><br>ORDER GRANTING RELIEF FROM STAY |

AND NOW, on this ___4th___ day of ___October___, 2022, upon consideration of Movant Community Loan Servicing, LLC's Motion for Relief under 11 U.S.C. §§ 362(d)(1) and (d)(4), and any response thereto, and for good cause shown, it is hereby **ORDERED** that the automatic stay of 11 U.S.C. §362(a) is modified to permit Community Loan Servicing, LLC and/or its successors and assigns to obtain all other Relief available under the Note, Mortgage, and applicable Non-Bankruptcy law with respect to the property located at 2017 Bernville Road, Reading, PA 19601 (the "Property"), and that:

1. the 14 day stay under Rule 4001(a)(3) shall not apply, and Movant is authorized to immediately proceed with foreclosure and all other relief available under applicable Non-Bankruptcy law;

2. Movant shall not be required to send and/or file the Notice required by Federal Rule of Bankruptcy Procedure 3002.1; and

3. Movant shall have the continuing authority to contact the Debtor directly to determine intent regarding the Property and/or to verify its vacancy.

It is further **ORDERED** that Movant's request for in rem relief under § 362(d)(4) is hereby GRANTED; and for a period of two (2) years from the Date of this Order, a bar is hereby imposed, precluding:

1. any further bankruptcy filings by Debtor without prior leave of Court; and

2      the imposition of a stay by Debtor and her successor(s), assign(s), co-debtor(s), and/or any other occupant of the Property with respect to the Property and any action by Movant or its successor(s) or assign(s) (including any third-party acquiring the Property at sheriff's sale)–taken in connection with any legal or consensual actions necessary to foreclose, obtain possession, or obtain, confirm, or convey title to the subject Property

It is further ORDERED that the Recorder of Deeds for Berks County, Pennsylvania shall accept a copy of this Order for recording, which shall thenceforth be binding in any bankruptcy case filed within (2) years after the entry of this Order pursuant to 11 U.S.C. §362(d)(4).

It is further **ORDERED** that the relief granted by this Order shall survive the dismissal or conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

**Date: October 4, 2022**

*Patricia M. Mayer*
_____
United States Bankruptcy Judge

Interested Parties:

Constantina Limberiou
520 Frontier Avenue
Reading, PA 19601

Joseph T. Bambrick, Jr.
529 Reading Avenue
Suite K,
West Reading, PA 19611
Attorney for Debtor

Lynne E. Feldman, Esquire
1234 Market Street, Suite 1813
Philadelphia, PA 19107
Trustee

Jill Manuel-Coughlin, Esquire
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
Attorney for Movant