United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11038-pmm |
| Constantina Limberiou | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 04, 2022 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Constantina Limberiou, 520 Frontier Avenue, Reading, PA 19601-1146 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: taxclaim@countyofberks.com | Oct 05 2022 00:01:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 05 2022 00:01:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2022          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor The Bank of New York Mellon as Trustee for the ABFS Mortgage Loan Trust 2003-2, Mortgage Pass-Through Certificates, Series 2003-2 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DAVE P. ADAMS | on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 04, 2022 | Form ID: pdf900 | Total Noticed: 3 |

HARRY B. REESE
    on behalf of Creditor Community Loan Servicing  LLC bankruptcy@powerskirn.com

JILL MANUEL-COUGHLIN
    on behalf of Creditor Community Loan Servicing  LLC bankruptcy@powerskirn.com

JOSEPH T. BAMBRICK, JR.
    on behalf of Debtor Constantina Limberiou NO1JTB@juno.com

LYNN E. FELDMAN
    on behalf of Trustee LYNN E. FELDMAN trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com

LYNN E. FELDMAN
    trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Constantina Limberiou<br><br>Debtor<br><br>COMMUNITY LOAN SERVICING, LLC<br><br>Movant<br><br>v.<br><br>Constantina Limberiou and<br>Lynn E. Feldman, Esquire<br><br>Respondents | Case No. 22-11038-pmm<br><br>ORDER GRANTING RELIEF FROM STAY |

AND NOW, on this __4th__ day of __October__, 2022, upon consideration of Movant Community Loan Servicing, LLC's Motion for Relief under 11 U.S.C. §§ 362(d)(1) and (d)(4), and any response thereto, and for good cause shown, it is hereby **ORDERED** that the automatic stay of 11 U.S.C. §362(a) is modified to permit Community Loan Servicing, LLC and/or its successors and assigns to obtain all other Relief available under the Note, Mortgage, and applicable Non-Bankruptcy law with respect to the property located at 2017 Bernville Road, Reading, PA 19601 (the "Property"), and that:

1. the 14 day stay under Rule 4001(a)(3) shall not apply, and Movant is authorized to immediately proceed with foreclosure and all other relief available under applicable Non-Bankruptcy law;

2. Movant shall not be required to send and/or file the Notice required by Federal Rule of Bankruptcy Procedure 3002.1; and

3. Movant shall have the continuing authority to contact the Debtor directly to determine intent regarding the Property and/or to verify its vacancy.

It is further **ORDERED** that Movant's request for in rem relief under § 362(d)(4) is hereby GRANTED; and for a period of two (2) years from the Date of this Order, a bar is hereby imposed, precluding:

1    any further bankruptcy filings by Debtor without prior leave of Court; and

    2      the imposition of a stay by Debtor and her successor(s), assign(s), co-debtor(s), and/or any other occupant of the Property with respect to the Property and any action by Movant or its successor(s) or assign(s) (including any third-party acquiring the Property at sheriff's sale)–taken in connection with any legal or consensual actions necessary to foreclose, obtain possession, or obtain, confirm, or convey title to the subject Property

It is further ORDERED that the Recorder of Deeds for Berks County, Pennsylvania shall accept a copy of this Order for recording, which shall thenceforth be binding in any bankruptcy case filed within (2) years after the entry of this Order pursuant to 11 U.S.C. §362(d)(4).

It is further **ORDERED** that the relief granted by this Order shall survive the dismissal or conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

**Date: October 4, 2022**

/s/ Patricia M. Mayer
_____
United States Bankruptcy Judge

Interested Parties:
Constantina Limberiou
520 Frontier Avenue
Reading, PA 19601

Joseph T. Bambrick, Jr.
529 Reading Avenue
Suite K,
West Reading, PA 19611
Attorney for Debtor

Lynne E. Feldman, Esquire
1234 Market Street, Suite 1813
Philadelphia, PA 19107
Trustee

Jill Manuel-Coughlin, Esquire
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
Attorney for Movant