IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Constantina Limberiou                    Chapter 7

Debtor(s).                                      Bankruptcy No. 22-11038- pmm

## ORDER DISMISSING CASE

AND NOW, this 19th day of October, 2022, the Court having conducted a hearing with respect to its Order to Show Cause Why Case Should Not Be Dismissed in the above-captioned Chapter 7 case for failing to appear at two scheduled Meetings of Creditors, it is hereby

ORDERED that this case is dismissed.

_____
HONORABLE PATRICIA M. MAYER
United States Bankruptcy Judge

Copies to:
Counsel for debtor(s)
Debtor(s)
Chapter 7 trustee
United States Trustee